UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO CARNALLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01799-TLN-EFB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. This proceeding was referred to this Court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On January 16, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objections has passed, and neither party filed objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2024 (ECF No. 9) are ADOPTED IN FULL.
2. This case is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: February 8, 2024

_____
Troy L. Nunley
United States District Judge

2